UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:17-cv-1043-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. IDEMUDIA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit the in forma pauperis application required by § 1915(a), pursuant to the court's May 23, 2017 order, and the consent or decline form served by the Clerk of Court on May 18, 2017.

Plaintiff's request (ECF No. 7) is granted and plaintiff has 90 days from the date this order is served to file his consent or decline form, and to submit the application to proceed in forma pauperis. Absent a showing of good cause, the court is not inclined to extend the time further.

So ordered.

Dated: June 27, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE